United States District Court
Eastern District of Virginia
Richmond Division

Hephzibah Bates
2914 Nine Mile Road
Richmond, Virginia 23223
804-513-3867

Plaintiff

V

Case Number: 3:14CV756-REP

Valery Brown
1506 Jacqueline Street
Richmond, Virginia

Defendant

Virginia Credit Union
720 East Broad Street
Richmond, Virginia 23219

Defendant



Complaint

It was June 2010 when my sister, Valery Brown, brought me by the downtown branch of the Virginia Credit Union. She seemed to have dropped by to give a document to one of their employees, which I believe concerns my Virginia Credit NATO Hattie Bates money fold account. It might have been a document to put into my paper file there at this location. My sisters a year later fold and told me how to deposit money into this account from my money fold with the Federal Reserve Bank of Richmond. I was told that I was actually depositing cash into this account. An FBI Agent fold me a message almost two years later and said how he separated my fold account from Valery Brown personal checking account with the Virginia Credit Union. However, he did not know how to mail me a letter to authorize me to start making legal withdrawals from this fold money that I had earned. It is my duty to get citizens off of my fold and guide them by informing them review your own policies and procedures manual of your business or department. Follow your marital papers, birth certificates, resumes or the necessary personal or business documents you possess to solve your own issues.

I have been told fold messages that the Virginia Credit Union employees have given my legal documents to the Federal 4th Eastern District Courthouse security guard and mailed a letter with my information on it to the former Governor of Virginia Robert McDonnell. There were tellers and employees that actually took money from my NATO money fold and put it into their purse or hand it over to customers at times. I have gone by this location several times asking for a document with my Virginia NATO Hattie Bates money fold account number on it. The different employees such as Mrs. Cotman always do not know how to communicate with me. They talk unsure of the Federal Reserve Bank of Richmond Hattie Bates money fold account. It is true account but the Fed still is confidential in relating any messages or information on it. They asked me to solve the money theft problem 2010 year. Since it was my account in the name Hattie Bates signed by the Queen of England Elizabeth II and the people were stealing from it.

Valery Brown has mishandled other financial institutions money fold accounts of mine. She is not me, Hephzibah 'Hattie' Bates. She is not the Queen of England Elizabeth II money fold named Hattie Bates. Impersonation is a crime, which is what she and lots of people done to me and this Queen of England Elizabeth II. She signed for Hattie Bates aka Hephzibah Bates to be her fold and not weirdo's, police, politicians, family members or any citizen in this world or country.

I ask the Federal Court to arrest Valery Brown and all of her men and women she associated with to impersonate me as the money fold. They tried blocking the Queen of England purpose for her fold, Hattie Bates aka Hephzibah Bates. Valery Brown did tell me about this fold account at the Virginia Credit Union NATO Hattie Bates fold account but why she or the credit union did not want to give me the legal authorization to make financial withdrawals as I need to? By helping the Nato and the Queen of England Elizabeth II along with the Federal Reserve Bank of Richmond, as a consultant to solve issues within the world and the united states as I am fold to legally do, I am suppose to get paid for my services. Valery Brown has also taken my Verizon fold from me at times to listen to and dictate her wrong information to me and others. This is wrong also because I am only suppose to wear my money fold for my consulting purposes. She is a family member but she and the others in the family are not fold, Hattie Bates aka Hephzibah Bates. I ask the court to understand all of the wrongs done on this complaint and put a legal stop to all impersonators and those that interfered with my privacy as a consultant.

Signature *Hephzibah Bates, Pro Se/Lawyer*     *Hephzibah Bates, Pro Se Lawyer*
Hephzibah Bates, Pro Se/Lawyer
2914 Nine Mile Road
Richmond, Virginia 23223
804-513-3867